T. ISHUTKINA & N. SYNKOV:                    U.S. DISTRICT COURT

v.                                           DISTRICT OF CONNECTICUT

JOE BIDEN:                                   October 30, 2020

3:20-cv-1656-CSH

PARTIES

Plaintiffs:

- Tatyana Ishutkina, a citizen of the United States;

    residence address: 24 Brentwood Dr., Avon, CT 06001

    mailing address: P.O. Box 197, Avon, CT 06001

    phone: (860) 404-1781

    e-mail: tishutkina@gmail.com

- Nikolay Synkov, a citizen of the United States;

    residence address: 24 Brentwood Dr., Avon, CT 06001

    mailing address: P.O. Box 197, Avon, CT 06001

    phone: (860) 404-1781

    e-mail: nsynkov@gmail.com

Defendant:

- Joe Biden

P.O. Box 438, Wilmington, DE 19899

# Complaint

*We are building the law of the country. The United States of America, a super industrialized country with global defense capabilities - Shipbuilding industry.*

## I.  Introduction

1. Nostalgia for activating the development of the shipbuilding industry as an institution presenting a country in the world as an invader country abolishing any norms of

coexistence between countries within the narrow framework of tolerance presupposed by American institutions.

2. In this context, such countries as China, Korea, Russia, and India have declared themselves.

3. The assertion about the impossibility of developing such priorities for a country was presented by Germany during the Second World War.

4. A seemingly promising country, China, in the process of tolerance with structural motives of life in civilization:
   a) trade
   b) education
   c) workshops, factories of joint commodity products
   d) etc.

because of the ambitions of the leaders of this nation who have not seen their usury, began to deviate from mutual and strategic forms of existence of global countries; and as a result of this colorful-negative strategy (the ambition of the individual) made a claim about the actions against the product of the shipbuilding industry in the United States, so as to see this product unsuitable for areas of the presentation of the USA in the world in the form of a performance culture as

   a) the security of the country
   b) active power of the cultural environment education
   c) the mechanized short-power form necessary for the processes of trade of the country of America with other countries.

5. Information-deficient presidential culture in terms of the existence of countries in the rapid growth of super technologies that in one way or another develop the country through
   (1) education (schools, colleges, universities in the required direction of new technologies)
   (2) medicine (forming the culture of the human body with preserved information-supported security directions through the media and individual doctor's appointments).

## II. Argument

1. The presence of a substance in America to unravel the various forms of use of atomic forms of harmful effects on the country of products manufactured in these countries was not sufficiently developed and therefore the military intelligence institutions of the countries activated or began to activate forms incompatible, according to pedants included in the government believing that this is not so and cannot be so; and here, among such an environment of managers of the country Obama's Vice President was during the term of President Obama.

2. One way or another, after the two-tier period of the Obama administration, the "correct" version of the development of shipbuilding in the direction of being subject to the terrorist activities against the shipbuilding fleet of America was prepared through the institutions of the shipbuilding industry management.

3. This was stated by the President of China during the 2016-2020 Presidential term.
4. Technical action and action through social culture (the baptism of the people in the canons of the swastika was entrusted to Obama's Vice President as well as developing this procedural culture during participation in an all-inclusive mission of making a new President of the USA: the presidential elections (and specifically, at the moment, the elections of 2020).
5. His passion for cooperation with representatives of the monopolies of the heads of countries (Europe) and global countries (mainlands of the land) and the high position in the country of residence strengthened his responsibility to the family in order to:
   ○ develop military intelligence through the identities of the family,
   ○ participate in military intelligence by selling America's priority industries.

6. This is the line of activity to which he was introduced during the term of President Obama and then used this position of manager to activate his undaunted activities in the Senate and during Vice Presidency.
7. The Chinese president's sudden statement of launching action against the tolerant policy of the President of America 2016-2020 (architecture) clarified the visage of Obama's Vice President in this direction in the public understanding of America - explained a representative of military intelligence (More information in the FBI and the CIA).
8. General Dynamics Electric Boat[1] managers, Senators Murphy and Blumenthal, who are the modules of the activation of Mohican processes in shipbuilding, in the destruction of shipbuilding in America, have supported this activity.
9. And so a team of participants was formed through understanding their vision of the Term 2020 President as a representative of China's military intelligence.


**III. Conclusion**

The motive of this case is to suspend the election process, participation in the election process of Obama's Vice President for the term of President 2020 with the elimination of all his votes both up to the present time and later until the voting day - November 3, 2020 which appears according to the permitted voting structure for the post of President in America.

Institutions of the FBI and the CIA are to prepare material for a step-by-step policy of Obama's Vice President in terms of introducing themselves to the culture of military intelligence with the right to give information on the shipbuilding industry of the USA, and submit this material to the President's Desk for drawing conclusions regarding legislation, the inability of representatives of Executive branch to participate in such events, block participation in such events.

Abuse of a campaign for the presidency is punishable by imprisonment. In this case, Obama's vice president used his tenure as Obama's vice president to develop a strategic concept to

---
[1]

    Electric Boat, a wholly owned subsidiary of General Dynamics; 75 Eastern Point Rd., Groton, CT 06340

destroy America's shipbuilding industry (selling it to China), for which he is subject to a maximum security prison as a dangerous criminal with a term of 50 years.

The criterion for the destruction of the shipbuilding industry is described in the lawsuits from 2011 to the present in the cases presented in the courts of the states CT, MA, VA, NY, and Washington DC by Tatyana Ishutkina.

Blocking the transition of the Shipbuilding Industry of America to patent-making followed by the process of development of the sale of shipbuilding products is estimated at $4bn, the first phase of which includes the organization of the Shipbuilding Party and the formation of scientific test stands with the patent offices of both the main and initial advertising of the shipbuilding industry of America, which is where the process of financial support of the shipbuilding industry with the use of patents begins.


Respectfully,

*T. Ishutkina*

Tatyana Ishutkina, Pro Se
P.O. Box 197
Avon, CT 06001
Tel. (860) 404-1781
E-mail: tishutkina@gmail.com


Nikolay Synkov, Pro Se
P.O. Box 197
Avon, CT 06001
Tel. (860) 404-1781
E-mail: nsynkov@gmail.com

CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing notice was forwarded on October 30, 2020 to all parties of record, postage pre-paid, as follows:

*Joe Biden*

P.O. Box 438,

Wilmington, DE 19899

Sincerely,

Tatyana Ishutkina
Pro Se
P.O. Box 197
Avon, CT 06001
Tel. (860) 404-1781

Nikolay Synkov
Pro Se
P.O. Box 197
Avon, CT 06001
Tel. (860) 404-1781